IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| United States of America | Crim. No. 4:11-cr-02254-TLW-001 |
|---|---|
| v. | **ORDER** |
| Stacey Sarvis | |

This matter comes before the Court addressing a supervised released revocation hearing scheduled for February 22, 2023. The Defendant, Stacey Sarvis, is currently housed at the Horry County Detention Facility. This Court was informed today that the Horry County facility has notified the United States Marshals Service that the Defendant had been exposed to COVID-19. Her unit is currently in lockdown due to COVID-19 and in a quarantined status.

Based on the Defendant's quarantine and lockdown, and the risk posed to her, the Marshals Service's personnel, and the federal court personnel, this case is **CONTINUED.**

**IT IS SO ORDERED**.

                                                      *s/ Terry L. Wooten*
                                                      Terry L. Wooten
                                                      Senior United States District Judge

February 21, 2023
Columbia, South Carolina